**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MELISSA KIVO,

                Plaintiff,

                                   **JUDGMENT**
   - against -                      CV 21-3434 (GRB)(ARL)

STATE COLLECTION SERVICE, INC.,

                Defendant.
----------------------------------------------------------X


       An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge,

having been filed on August 9, 2021, dismissing Plaintiff's complaint without prejudice, and

respectfully directing the Clerk of Court to close this case, it is

       **ORDERED AND ADJUDGED** that Plaintiff Melissa Kivo take nothing of Defendant

State Collection Service, Inc.; that Plaintiff's complaint is dismissed without prejudice; and that

this case is closed.


Dated: August 11, 2021
       Central Islip, New York


                                   DOUGLAS C. PALMER
                                   CLERK OF THE COURT
                      BY:    /s/ JAMES J. TORITTO
                                   DEPUTY CLERK